EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 9 2004

at \_\_\_ o'clock and \_\_\_min\_\_\_M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>        Plaintiff,  )<br>            )<br>    vs.  )<br>            )<br>ERNIE SALDUA, JR.    (02) )<br>            )<br>        Defendant.  )<br>_____ ) | MAG. NO. 04-0128-02 LEK<br><br>ORDER FOR DISMISSAL |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Criminal Complaint against Defendant ERNIE SALDUA, JR. on the grounds that the case is in an investigative status.

The defendant is not in custody on the dismissed charge(s) listed above.

DATED: February 18, 2004, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By *(signed)* Sorenson
KENNETH M. SORENSON
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

*(signed)* Leslie E. Kobayashi
UNITED STATES MAGISTRATE JUDGE

UNITED STATES v. ERNIE SALDUA, JR.
Mag. No. 04-0128-02 LEK
"Order for Dismissal"